Federal Ins. Co. v BD Hotels LLC (2024 NY Slip Op 01158)

Federal Ins. Co. v BD Hotels LLC

2024 NY Slip Op 01158

Decided on March 05, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 05, 2024

Before: Singh, J.P., Friedman, Rodriguez, Higgitt, Rosado, JJ. 

Index No. 650856/21 Appeal No. 1789 Case No. 2022-02591 

[*1]Federal Insurance Company, Plaintiff-Respondent,
v
BD Hotels LLC, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Joel M. Cohen, J.), entered on or about April 22, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 21, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: March 5, 2024